IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID HARRISON, | ) | |
| Petitioner, | ) | 4:02CV3329 |
| v. | ) | |
| HAROLD CLARK, Director, Nebraska Department of Correctional Services, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that:

(1) Petitioner's Motion to Show Cause and Motion for Leave to Submit and File Petitioner's Exhibits (filing no. 26) is denied.

(2) The Application to Proceed In Forma Pauperis on Appeal (filing no. 29) is granted.

DATED this 5th day of October, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge